### PEOPLE *v.* FONS.

INTOXICATING LIQUORS—CRIMINAL LAW—DIRECTED VERDICT PROPERLY REFUSED.

In a prosecution for keeping a place for the illegal sale of intoxicating liquors, *held*, that the trial judge properly refused to direct a verdict in favor of defendant.[1]

Exceptions before judgment from Ottawa; Cross (Orien S.), J. Submitted October 16, 1924. (Docket No. 177.) Decided December 10, 1924.

Edward Fons was convicted of violating the liquor law. Affirmed.

*Charles E. Misner,* for appellant.

*Fred T. Miles,* Prosecuting Attorney, for the people.

MOORE, J. This case has been here before, and a reference to the opinion in *People* v. *Fons,* 223 Mich.

---

[1] Intoxicating Liquors, 33 C. J. § 505.

223—Mich.—12.

603, will make a long statement of facts unnecessary. Upon a second trial the defendant was convicted of keeping a place where intoxicating liquors were sold. He has brought the case into this court by exceptions before sentence, insisting the trial judge should have directed a verdict in his favor, citing *People* v. *Woodhouse*, 223 Mich. 608. A reference to the last named case will show it is easily distinguishable from the instant case.

The law which should govern the case upon a second trial was clearly stated in this court when the case was reversed. The trial judge followed the course directed.

The verdict is affirmed and the case is remanded for further proceedings.

CLARK, C. J., and McDONALD, BIRD, SHARPE, STEERE, FELLOWS, and WIEST, JJ., concurred.